HARRIET BONITO, as Administratrix of the Estate of SOLOMON BONITO, Deceased, Respondent, *v.* H. E. TAYLOR & COMPANY, Appellant.

*Bonito* v. *Taylor & Co.*, 150 App. Div. 917, affirmed.
(Argued April 4, 1913; decided April 29, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

June 7, 1912, upon an order which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Herrick C. Allen* for appellant.

*Isidor J. Kresel, William Travers Jerome* and *George F. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.